United States District Court
District of Massachussetts

Bennie McArthur Tucker

Petitioner

vs

Joseph F. Mcdonough
- Sherriff of Plymouth County
Department of Homeland Security
Respondent

03  12451 NG

MAGISTRATE JUDGE Alexander

Application for federal writ of habeas corpus under 28 U.S.C. § 2241

- I am presently confined at the Plymouth County Correctional facility
- The basis of my petition is about continued detention by the homeland security.
- The DHS does not have authority to detain me indefinitely. This detention of mine is unlawful. This is because my removal cannot be completed in the near future. Zadvydas vs Davis 533 U.S 678 (2001)

(i) I was order deported on the 24th of July 2003 I have given the D.H.S all the information they needed in order to get my travel documents, place of birth, date of birth, year I enter into the U.S fingerprints, photos and e.t.c. The D.H.S also got all my information because I came as a legal immigrant and all my paper works were done in Newark, New Jersey; when I arrived.
I have requested to speak to my consulate all in vain.

I do belive that I am not a danger to society or flight risk. I do belive that I am a enviromentalist, and will be a law abiding immigrant upon my realeased.

— I exhausted my administratiue remedies by requesting for release from my deportation officer in Boston (claudia english) and the headquarters in washingdon and thus my last option is this judicial action.

— I also belive that my detention is unlawful according to 8. C.F.R 241.4.

— I do have a guardian (my dearest mother, and grandmother and etc) who is willing to support me until I get back to my feet upon release.

— I will avail myself to the D.H.S anytime expected until my removal is imminent. I am willing to abide with all the conditions imposed on me upon release.

I declare under penalty and prejury that the foregoing is true and correct.

Date:
December, 7, '03"

Signature:
Denise Tucker.