```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

BENNIE McARTHUR TUCKER,       )
          Petitioner,         )
                              )
     v.                       )  Civil Action No. 03-12451-NG
                              )
JOSEPH F. McDONOUGH, SHERIFF, )
          Respondent.         )
```

MEMORANDUM AND ORDER

On December 4, 2003, petitioner Bennie McArthur Tucker, an immigration detainee now confined to the Plymouth County Correctional Facility, paid the $5.00 filing fee and filed his pro se application for federal writ of habeas corpus under 28 U.S.C. § 2241.  For the reasons stated below, the Court will direct the Clerk to (1) amend the case caption and (2) to serve the petition.

DISCUSSION

I.   The Clerk Shall Amend the Case Caption

An immigration detainee contesting the legality of his detention normally must name his immediate custodian, "the individual having day to day control over the facility in which he is being detained" as the respondent to the petition. Vasquez v. Reno, 233 F.3d 688, 695-696 (1st Cir. 2000), cert. denied, sub nom. Vazquez v. Ashcroft, 122 S. Ct. 43 (2001); 28 U.S.C. § 2243 (writ of habeas corpus is "directed to the person having custody of the person detained.").

1

Although petitioner lists his current custodian, Sheriff McDonough, as respondent, he incorrectly identifies respondent as "Sheriff of Plymouth County Department of Homeland Security."

Because Joseph F. McDonough is the Sheriff of Plymouth County and not associated with the Department of Homeland Security, the Court will direct the Clerk to amend the case caption to reflect that Joseph F. McDonough, Sheriff of Plymouth County, as the sole respondent in this action.

II.  The Clerk Shall Serve of Petition

The Court will direct the Clerk to serve the petition on (1) Sheriff McDonough; (2) the United States Attorney; and (3) the Special Assistant United States Attorney at the Department of Homeland Security, Bureau for Citizenship and Immigration Services.  See Rules Governing Section 2254 Cases in the United States District Courts, Rule 4 (service) 1(b) (application of rules).

CONCLUSION

ACCORDINGLY, for the reasons stated above,

(1) the Clerk shall correct the case caption to list Joseph F. McDonough, Sheriff of Plymouth County, as the sole respondent in this action;

(2) the Clerk shall serve a copy of the habeas petition

upon:  (i) the Office of the United States Attorney; (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA  02114; AND (iii) Joseph F. McDonough, Sheriff, Plymouth County Correctional Facility, 26 Long Pond Road, Plymouth, MA 02360;

(3) the Respondent shall file an answer (or other responsive pleading) to the habeas petition, within twenty (20) days of receipt of this Order;

(4) the Respondent shall provide the Court with at least forty-eight (48) hours advance notice of any scheduled deportation or removal of petitioner; and

(5) hearing to be held on January 28, 2004 at 3:30 PM.

SO ORDERED.

Dated at Boston, Massachusetts, this 18th day of December 2003.

                                        /s Nancy Gertner
                                       NANCY GERTNER
                                       UNITED STATES DISTRICT JUDGE