UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BENNIE McARTHUR TUCKER     )
                           )
     Petitioner            )     Civil Action No.
                           )     03-12451-NG
          v.               )
                           )
JOSEPH F. MCDONOUGH, SHERIFF )
                           )
     Respondent            )


MOTION TO DISMISS

The Department of Homeland Security moves to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. As set forth in the accompanying Memorandum of Law filed herewith, Petitioner has been released from Respondent's custody.

By its attorney

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Jeremy M. Sternberg
Assistant U.S. Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3142


Certificate of Service
I hereby certify that a true copy of the above document was served upon (each party appearing pro se and the attorney of record for each. Other party by mail/hand on _____

1/12/04    _____
DATE       Assistant U.S. Attorney